## UNITED STATES BANKRUPTCY COURT
### Northern District of Ohio
### Eastern Division

In Re:                                                )         Case No. 19-10172
                                                       )
Fisher, Ruth J.                                        )         Chapter 7
                                                       )
                              Debtor(s).               )         Judge:  Arthur I. Harris
                                                       )

### MINUTES OF MEETING OF CREDITORS

Date of 341 Meeting:     11/14/19                              Time:        8:30 AM

Debtor(s)' Attorney:     WALTER V. LANDOW

Examination Conducted by:
    Interim Trustee:     Richard A. Baumgart                    ( X )
    Elected Trustee:     _____    (   )    Disputed?  (   )
    Other:               _____    (   )

### Results of Meeting:

Held      ( X )                                    Not Held      (   )
Concluded    ( X )                                 Debtor Failed to Appear          (   )
Continued    (   )                                 Attorney Failed to Appear        (   )
    Date:  _____                   Rescheduled:  yes (   ) no     (   )
    Time:  _____                         At §341 (   ) Prior to §341 (   )

                                          Date:  _____
Address Changed to:                                Time:  _____

_____
                                                   Motion to Dismiss to Follow  (   )
Address Correct (   )                              Other:  See Comments:  (   )
                                                         707(b) Review:
Case Determined to be:          Asset         (   )        No Action Required  (   )
                                No-asset      (   )        Recommend UST Action  (   )
                                Undetermined  (X)          (see below/letter to follow)
Creditors Present:
    Creditor                    Representative                    Address & Phone

_____

_____

_____

Comments:

_____

_____

                                        /s/ Richard A. Baumgart
                                        _____
                                        Panel Trustee